FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-1917

_____

JAMES CHERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

September 17, 2021


PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Cherry, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.